IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-105-D
No. 5:13-CV-362-D

| | |
|---|---|
| CLIFTON JEROME WASHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On March 30, 2015, Clifton Jerome Washington ("Washington") filed a motion for summary judgment [D.E. 117]. In the motion, Washington asks the court to reopen his criminal case and his section 2255 civil case. See id.

On March 31, 2014, the court granted the government's motion to dismiss Washington's section 2255 motion and denied a certificate of appealability [D.E. 108]. The court has reviewed the record and considered Washington's motion under the standard applicable to a motion for reconsideration. See Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995); Collison v. Int'l Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994); Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). Washington's motion [D.E. 117] lacks merit and is DENIED. The court DENIES a certificate of appealability.

SO ORDERED. This 31 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge