IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-105-D
No. 5:13-CV-362-D

| | | |
|---|---|---|
| CLIFTON JEROME WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On April 17, 2015, Clifton Jerome Washington filed a motion to rectify order and judgment

of the court. See [D.E. 120]. The motion concerns this court's order of March 31, 2015, order of

March 31, 2014, and Washington's criminal case. The latest motion [D.E. 120] lacks merit and is

DENIED. The court DENIES a certificate of appealability.

SO ORDERED. This _11_ day of June 2015.

JAMES C. DEVER III
Chief United States District Judge