IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-105-D
No. 5:13-CV-362-D

| | | |
|---|---|---|
| CLIFTON JEROME WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States shall file a response to petitioner's motion to reduce sentence [D.E. 132]. The response is due not later than May 19, 2017.

SO ORDERED. This **20** day of April 2017.

JAMES C. DEVER III
Chief United States District Judge